THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY ROTHMAN, Appellant.— Appeal by defendant from a judgment of a City Magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of violating sections 53 and 183 of the Sanitary Code, and sentencing him to pay a fine of $5, or to serve two days in the workhouse. The fine was paid. Judgment unanimously affirmed. No opinion. Present — Adel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.

CHARLES W. RAPPOLD, Appellant, v. JOHN A. WICKS, Respondent.— In an action brought pursuant to article 15 of the Real Property Law, to declare that plaintiff, by reason of a tax deed, is the owner of certain described property, the complaint was dismissed, after trial, for the reason that the tax lien on which the deed is based was void for want of a sufficient description on the assessment roll. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Adel, Wenzel, Beldock and Murphy, JJ.

ANITA SEVERIO, Respondent, v. WALLACE SEVERIO, Appellant.— In a separation action judgment was entered in favor of the plaintiff granting a separation on the ground of abandonment; awarding custody of a child; allowing $60 a week alimony and $1,250 counsel fee; and dismissing defendant's counterclaims for separation on the grounds of cruelty and abandonment. Defendant appeals from the judgment and from a resettled order allowing plaintiff a counsel fee of $350 to defend the appeal from the judgment. Judgment modified on the facts by striking from the fourth decretal paragraph the words and figure " Sixty Dollars ($60.00) " and by striking from the fifth decretal paragraph the words and figure " One Thousand Two Hundred and Fifty Dollars ($1,250.00) ", and by substituting in place thereof the words and figures " Fifty Dollars ($50.00) " and " Seven Hundred and Fifty Dollars ($750.00)," respectively. As thus modified the judgment is unanimously affirmed, without costs. The informal findings of fact, except in respect of the amounts stated above, are affirmed, and new informal findings are made as to such amounts. Resettled order modified by striking therefrom the figure " $350.00 " and by substituting in place thereof the figure " $250.00." As thus modified the order is unanimously affirmed, without costs. In view of all the relevant facts and circumstances, the awards were excessive. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ.

(March 12, 1954.)

In the Matter of JOHN T. McKEEVER, Respondent, against HENRY T. HORNIDGE et al., Appellants.* — Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Adel, Acting P. J., Wenzel, Beldock and Murphy, JJ., concur; Schmidt, J., not voting. [205 Misc. 362.]

* Affd. without opinion 306 N. Y. 876.